IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:07CV64**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| THE GOODYEAR TIRE & RUBBER COMPANY, d/b/a GOODYEAR WHOLESALE TIRE CENTER ) ) ) | |
| Defendant. ) ) | |

THIS MATTER is before the court on its own motion. The Parties have filed their Certification and Report of Initial Attorneys' Conference [doc. 9]. Prior to entering the Pre-Trial Order, an Initial Pretrial Conference will be held in Chambers. All parties are directed to appear for this conference on **Wednesday, June 20, 2007, at 11:00 a.m..**

IT IS SO ORDERED.

Signed: June 11, 2007

Graham C. Mullen
United States District Judge