IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:07CV64**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>          Plaintiff,<br><br>v.<br><br>THE GOODYEAR TIRE & RUBBER COMPANY d/b/a GOODYEAR WHOLESALE TIRE CENTER,<br>          Defendant. | **PRETRIAL ORDER** |

      An initial pre-trial conference was held on June 20, 2007. The deposition of the plaintiff will be taken within 45 days of the signing of this order. Mediation will be scheduled to take place within 60 days of this order or within 15 days after conclusion of the plaintiff's deposition, whichever is sooner. Following mediation, parties are to report back to the Court in order to determine whether further discovery and intervention by the Court is necessary.

      It is so ordered.

Signed: June 20, 2007

Graham C. Mullen
United States District Judge