IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07CV64

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| THE GOODYEAR TIRE & RUBBER COMPANY, | ) ) ) | |
| Defendant. | ) ) ) | |

THIS MATTER is before the Court on its own motion. The parties to this case have entered into a consent decree that resolves all matters and controversy. The Court has agreed to retain jurisdiction during the three-year term of the decree. Accordingly, the clerk's office is hereby directed to term this case and remove it from the Court's docket.

IT IS SO ORDERED.

Signed: October 26, 2007

Graham C. Mullen
United States District Judge